IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20081
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RICHARD OSA IYAMU, also known as Richard O. Iyamu, also known
as Kofi Ada Nathan,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-452-3
--------------------
December 12, 2001

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Richard Osa Iyamu on
appeal has moved for leave to withdraw and has filed a brief as
required by *Anders v. California*, 386 U.S. 738 (1967).  Iyamu has
responded to counsel's motion, contending that he did not waive
his right to appeal whether his sentence should have been imposed
to run consecutively to his state sentence; that the Government
breached the plea agreement; and that he received ineffective
assistance of counsel at the guilty plea and on appeal.  Our
independent review of the brief, Iyamu's response, and the record

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

discloses no nonfrivolous issue.  Accordingly, counsel's motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.